# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00181-CV

**Adella Edging, Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT
## NO. 726, HONORABLE BEN WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Adella Edging's brief was due July 15, 2010. The brief has not been received and Edging's appointed attorney, Rosemary Rose, did not respond to this Court's notice that the brief is overdue.

The appeal is abated. The trial court shall conduct a hearing to determine whether Edging desires to prosecute this appeal and whether appointed counsel has abandoned the appeal. *See* Tex. R. App. P. 38.8(b)(2); *see also In re T.V.*, 8 S.W.3d 448, 449-50 (Tex. App.—Waco 1999, no pet.) (applying Rule 38.8(b) to suit involving termination of parental rights). The court shall make appropriate findings and recommendations. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than December 6, 2010. *See* Tex. R. App. P. 38.8(b)(3).

Before Chief Justice Jones, Justices Patterson and Henson

Abated

Filed:   November 5, 2010